# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: November 22, 2019

```
* * * * * * * * * * * * * * * * * * * * * * * *
STEVEN JENKINS,                    *        No. 16-1614V
                                   *
               Petitioner,         *        Special Master Sanders
                                   *
v.                                 *
                                   *
SECRETARY OF HEALTH                *        Stipulation for Award; Influenza ("flu")
AND HUMAN SERVICES,                *        vaccine; Transverse Myelitis ("TM")
                                   *
               Respondent.         *
* * * * * * * * * * * * * * * * * * * * * * * *
```

<u>Danielle Strait</u>, Maglio Christopher & Toale, Seattle, WA, for Petitioner.
<u>Mallori Openchowski</u>, United States Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On December 6, 2016, Steven Jenkins ("Petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program.[2] 42 U.S.C. §§ 300aa-10 to -34 (2012). Petitioner alleged that the influenza ("flu") vaccine he received on October 20, 2015, caused him to develop transverse myelitis ("TM"). *See* Stip. at 1, ECF No. 57. Petitioner further alleged that he experienced the residual effects of his injury for more than six months. *Id.*

On November 22, 2019, the parties filed a stipulation in which they state that a decision should be entered awarding compensation to Petitioner. *Id.* at 2. Respondent denies that the flu vaccine caused Petitioner's alleged TM, or any other injury. *Id.* at 1–2. Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A. I find the stipulation reasonable and adopt it as the decision of the Court in awarding damages, on the terms set forth therein.

---

[1] This decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet.** As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755.

The parties stipulate that the Secretary of Health and Human Services will issue the following vaccine compensation payments:

   a. **A lump sum of $355,744.28, which amount represents compensation for first year life care expenses ($110,673.52), pain and suffering ($170,000.00), and past unreimbursable expenses ($75,070.76) in the form of a check payable to [P]etitioner;**

   b. **An amount sufficient to purchase the annuity contract described in paragraph 10 of the Stipulation, paid to the life insurance company from which the annuity will be purchased.**

   **This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

*Id.*

I approve the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

   **IT IS SO ORDERED.**

                                        s/Herbrina D. Sanders
                                        Herbrina D. Sanders
                                        Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.